**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

CHRISTIAN MATTHEWS,

      Plaintiff,

    v.

W. CONNELL, *et al.*,

      Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

2:25-CV-628

## **ORDER**

This *pro se* civil-rights case was referred to Magistrate Judge Patricia L. Dodge for proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636, and the Local Rules of Court applicable to Magistrate Judges.

After Mr. Matthews filed his complaint, Defendants moved to dismiss. ECF 25; ECF 28. Judge Dodge issued a briefing schedule (ECF 27; ECF 30), and after Mr. Matthews never responded, Judge Dodge granted Mr. Matthews a two-month extension to respond. ECF 32. Judge Dodge warned Mr. Matthews that should he did not respond, the Court would interpret his inaction "as his decision not to continue with the prosecution of this case." *Id.* Mr. Matthews never responded, and Judge Dodge issued an R&R recommending dismissal with prejudice for failure to prosecute. ECF 34. Consistently, Mr. Matthews never responded with any objection. The Court finds no clear error in Judge Dodge's R&R, and thus adopts the R&R in full.

The Court **HEREBY DISMISSES** Mr. Matthews's complaint (ECF 5) with prejudice. The Clerk of Court shall mark this case as **CLOSED**.

Date: July 22, 2026

BY THE COURT:

/s/ J. Nicholas Ranjan
United States District Judge

- 1 -

- 2 -

cc:
CHRISTIAN MATTHEWS
25329510
FCI BEAUMONT MEDIUM
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 26040
BEAUMONT, TX 77720